**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEWIS CLARK TIERNEY, III, *et al.* )<br>)<br>     Plaintiffs,          )<br>)<br>v.                              )<br>)<br>BARCLAY de WET, *et al.*,    )<br>)<br>     Defendants.           ) | Case No.: 1:21-cv-01714-RC<br>Judge Rudolph Contreras |

**NOTICE OF APPEARANCE**

PLEASE ENTER the appearance of Isaac R. Forman as counsel for Defendants Duane Morris LLP and Douglas Woloshin in the above-captioned matter.

> **DUANE MORRIS LLP**
> **and DOUGLAS WOLOSHIN**
>
> **By Counsel**
>
> /s/ *Isaac R. Forman*
> Isaac R. Forman (Admitted *Pro Hac Vice*)
> HISSAM FORMAN DONOVAN RITCHIE PLLC
> P.O. Box 3983
> Charleston, WV 25339
> t: 681-265-3802
> f: 304-982-8056
> iforman@hfdrlaw.com
>
> /s/ *J. Peter Glaws, IV*
> J. Peter Glaws, IV, Esq. #1013049
> Carr Maloney P.C.
> 2020 K Street NW, Suite 850
> Washington, D.C. 20006
> Peter.Glaws@carrmaloney.com

1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEWIS CLARK TIERNEY, III, *et al.* ) | |
| ) | |
| Plaintiffs, ) | Case No.: 1:21-cv-01714-RC |
| ) | Judge Rudolph Contreras |
| v. ) | |
| ) | |
| BARCLAY de WET, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing Notice of Appearance was served via this Court's efiling/notification system on this 17th day of August, 2021 to :

Benjamin G. Chew, Esquire
Andrew C. Crawford, Esquire
Brown Rudnick LLP
601 13th Street NW, Suite 600
Washington, D.C. 20005
*Counsel for Plaintiffs*

Ian T. Ramsey, Esquire
400 W. Market street
Suite 1800
Louisville, KY 40202
*Counsel for Peyton Tierney*

/s/ Isaac R. Forman
Isaac R. Forman (Admitted *Pro Hac Vice*)
HISSAM FORMAN DONOVAN RITCHIE PLLC
P.O. Box 3983
Charleston, WV 25339
t: 681-265-3802
f: 304-982-8056
iforman@hfdrlaw.com

/s/ J. Peter Glaws, IV
J. Peter Glaws, IV, Esq. #1013049
Carr Maloney P.C.
2020 K Street NW, Suite 850
Washington, D.C. 20006
Peter.Glaws@carrmaloney.com

2