**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

LEWIS CLARK TIERNEY, III, et al.

        Plaintiffs,　　　　　　　　　　Case No.: 1:21-cv-01714-RC
　　　　　　　　　　　　　　　　　　　　　Judge Rudolph Contreras

v.

BARCLAY de WET, et al.,

        Defendants.

### NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants Duane Morris LLP and Douglas Woloshin (collectively "Duane Morris") respectfully submit this Notice to inform the Court that the West Virginia Business Court, presiding over Plaintiffs' Second Lawsuit,[1] granted preliminary approval to the settlement between The Tierney Corporation and The Leatherwood Company (the "Companies") and Defendants Duane Morris, Douglas Woloshin, Ann Tierney Smith, and C. Matthew S. Tierney (the "Defendants").[2] *See* Exhibit A (Order Granting Preliminary Settlement Approval).[3]

While neither the "Federal Rules of Civil Procedure nor the Local Rules of this Court provide for the filing of supplemental authorities[,] [i]n practice, however, this Court has allowed notices of supplemental authority to be filed without leave of court, provided that such notices are limited" to "notifying the Court of recent potentially relevant court decisions." *Sanders v. District of Columbia*, Civil Action No. 06-1411 (PLF), 2014 U.S. Dist. LEXIS 156954, at *2 (D.D.C. Nov. 6, 2014).

---

[1] *See* Complaint, ECF No. 9-7 (the "Second Lawsuit").
[2] *See* Companies' Motion to Approve Settlement, ECF No. 10-2 (Filed Under Seal).
[3] Duane Morris filed the Motion to Approve Settlement in this Court as an attachment to its Motion to Dismiss under seal. (ECF. 10.) The attached Order from the West Virginia Business Court, however, is not sealed. Rather, it is a publicly available document and a motion to seal is not necessary.

In the Motion to Dismiss filed by Duane Morris, the Defendants explained that a settlement agreement had been reached with the Companies and a motion to approve the settlement was then pending before the West Virginia Business Court. *See* ECF 9-1 at 2, 11, 17. On November 4, 2021, the West Virginia Business Court issued an order granting preliminary approval to that settlement agreement. *See* Exhibit A. The Business Court has scheduled a final approval hearing for January 11, 2022, at 11:00 a.m. *Id*. As stated in the attached Order, if final approval is granted, the settlement would resolve the Companies' claims against the parties to the Second Lawsuit and would release the officers and directors named as defendants in this Plaintiffs' Third Lawsuit, therefore extinguishing the claims in this case. *Id*. ¶ 10-12.

In granting preliminary approval, the West Virginia Business Court made the following "Findings and Conclusions": (i) Plaintiffs' claims had little prospect of success, as determined by independent counsel (Exhibit A ¶ 19-20); (ii) Plaintiffs had not presented any evidence impeaching the credibility or independence of the Companies' outside counsel (*id*.); (iii) the Companies' growing indemnity obligations threaten their continued viability (*id*. ¶ 21-22); (iv) the shareholders have overwhelmingly rejected Plaintiffs' claims (*id*. ¶ 23-24); and (v) by seeking personal buyouts of their shares, Plaintiffs appear to have elevated their personal economic interests over the interests of the Companies, and therefore may not satisfy Rule 23.1's adequacy requirement. *Id*. ¶¶ 25-28.

Respectfully Submitted,

**DUANE MORRIS LLP**
**DOUGLAS WOLOSHIN**

By Counsel:

| | |
|---|---|
| */s/ J. Peter Glaws, IV* | Isaac R. Forman (*pro hac vice*) |
| Paul J. Maloney, Esq. #362533 | Michael B. Hissam (DC # 988987) |
| J. Peter Glaws, IV, Esq. #1013049 | Hissam Forman Donovan Ritchie PLLC |
| Carr Maloney P.C. | P.O. Box 3983 |
| 2020 K Street NW, Suite 850 | Charleston, WV 25339 |
| Washington, D.C. 20006 | t: 681-265-3802 |
| t: (202) 310-5500 | f: 304-982-8056 |
| f: (202) 310-5555 | iforman@hfdrlaw.com |
| Paul.Maloney@carrmaloney.com | mhissam@hfdrlaw.com |
| Peter.Glaws@carrmaloney.com | |

Dated: November 22, 2021

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing *Notice of Supplemental Authority* was served via this court's e-filing/notification system on this 22nd day of November 2021 to:

| | |
|---|---|
| Benjamin G. Chew, Esq.<br>Andrew C. Crawford, Esq.<br>Brown Rudnick LLP<br>601 13th Street, NW<br>Suite 600<br>Washington, DC 20005<br>*Counsel for Plaintiffs* | Ian T. Ramsey, Esq<br>Philip W. Collier (*pro hac vice*)<br>Stites & Harbison, PLLC<br>400 West Market Street<br>Suite 1800<br>Louisville, KY 40202<br>*Counsel for Defendant*<br>*Peyton Tierney* |
| Joseph M. Ward<br>Frost Brown Todd LLC<br>500 Virginia Street, East, Suite 1100<br>Charleston, WV 25301<br>*Counsel for Defendant Ann Tierney Smith* | Thomas E. Shakow<br>801 Pennsylvania Avenue, N.W., Suite 740<br>Washington, DC 20004<br>*Counsel for Defendants*<br>*Barclay de Wet and Laurence Smith* |

And via regular mail to:

The Tierney Corporation
509 9th Street, NW, No. 1000
Washington, D.C. 20004

The Leatherwood Company
509 9th Street, NW, No. 1000
Washington, D.C. 20004

*/s/ J. Peter Glaws, IV*
J. Peter Glaws, IV