**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| LEWIS CLARK TIERNEY, III, *et al.*, | : | |
|    *Plaintiffs*, | : | |
| | : | Civil Action No: 21-1714 (RC) |
| v. | : | Judge Rudolph Contreras |
| | : | |
| BARCLAY de WET, et al., | : | |
|    *Defendants*. | : | |
| | : | |

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**

All Plaintiffs and Defendants, jointly by their respective undersigned counsel and pursuant to Federal Rule of Civil Procedure 26(c), respectfully request that this Court enter the attached, proposed Protective Order. In support of this Motion, the Parties state as follows:

1. On June 21, 2022, the Court granted Plaintiffs' Motion for limited discovery on the issue of diversity jurisdiction.

2. Under the circumstances of this case, the facts relevant the issue of diversity jurisdiction involve confidential information of persons who are not parties to this case and the exchange of information that is not otherwise public.

3. In addition, in the event this case moves forward, the Parties anticipate that discovery may require the disclosure of confidential, proprietary, financial and/or sensitive personal information and documents from the Parties including, but not be limited to, personal tax information and other commercially sensitive and/or proprietary information.

4. Accordingly, given the confidential nature of the documents that are subject to discovery, the Parties submit that there is good cause for the entry of a Protective Order.

5.  The Parties have conferred and all Parties join in the relief requested by this Motion and submit the accompanying proposed Protective Order.

Respectfully Submitted,

*/s/ J. Peter Glaws, IV*
Paul J. Maloney, Esq. #362533
J. Peter Glaws, IV, Esq. #1013049
Carr Maloney P.C.
2000 Pennsylvania Ave NW, Suite 8001
Washington, D.C. 20006
t: (202) 310-5500
f: (202) 310-5555
Paul.Maloney@carrmaloney.com
Peter.Glaws@carrmaloney.com

Isaac R. Forman (*pro hac vice*)
Michael B. Hissam (DC # 988987)
Hissam Forman Donovan Ritchie PLLC
P.O. Box 3983
Charleston, WV 25339
t: 681-265-3802
f: 304-982-8056
iforman@hfdrlaw.com
mhissam@hfdrlaw.com

*Counsel for Defendants Duane Morris LLP and Douglas Woloshin*

*/s/ Benjamin G. Chew*
Benjamin G. Chew, Esq. #418577
Andrew C. Crawford. Esq. #1032080
Brown Rudnick LLP
601 13th Street, NW
Suite 600
Washington, DC 20005

*Counsel for Plaintiffs*

*/s/ Joseph M. Ward*
Joseph M. Ward, # 483283
Frost Brown Todd, LLC
United Bank
500 Virginia Street, East, Suite 1100
Charleston, WV 25301

    *Counsel for Defendant, Estate of Ann Tierney Smith*

*/s/ Philip W. Collier*
Ian T. Ramsey
Philip W. Collier
Robin E. McGuffin
Stites & Harbison, PLLC
400 West Market Street, Suite 1800
Louisville, KY 40202-3352

    *Counsel for Defendant, Peyton Tierney*

*/s/ Thomas E. Shakow*
Thomas E. Shakow (DC Bar No. 470826)
801 Pennsylvania Avenue, N.W., Suite 740
Washington, D.C. 20004
(202) 737-3500
(202) 735-5071 (facsimile)
tshakow@aegislawgroup.com

    *Counsel for Defendants Barclay de Wet*
    *and Laurence Smith*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 11th day of July 2022, a true and correct copy of the foregoing was electronically served upon all counsel of record via the Court's electronic filing system:

*/s/J. Peter Glaws, IV*
J. Peter Glaws, IV